1
2
3
4
5              UNITED STATES DISTRICT COURT
6              EASTERN DISTRICT OF WASHINGTON

7  JASON G. SCHAFFER,

8           Plaintiff,                NO: 10-CV-0461-TOR

9     v.                              ORDER GRANTING STIPULATION
                                      FOR DISMISSAL
10 UNION PACIFIC RAILROAD
   COMPANY, a foreign corporation,
11
              Defendant.
12

13    Before the Court is the parties' Stipulation for Dismissal (ECF No. 46). The

14 parties move the Court for an Order dismissing the above-entitled action, with

15 prejudice, without costs or attorney's fees to any party.

16    **Accordingly, IT IS HEREBY ORDERED**:

17    The parties' Stipulation for Dismissal (ECF No. 46) is **GRANTED**.

18 Pursuant to the parties' stipulation, all claims and causes of action in this matter are

19 **DISMISSED** with prejudice and without costs or fees to any party.

20

ORDER GRANTING STIPULATION FOR DISMISSAL ~ 1

1 | The District Court Executive is hereby directed to enter this Order, furnish
2 | copies to counsel, and **CLOSE** the file.
3 | **DATED** this 14th day of January, 2013.
4 | *s/ Thomas O. Rice*
5 | THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION FOR DISMISSAL ~ 2